**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C. Spero<br>Chief U.S. Magistrate Judge | **RE:** | Hill, Vernon |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:15-CR-00058 |
| **Date:** | September 23, 2016 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Timothy Elder | 510-637-3753 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

  A. **The defendant shall reside at the halfway house located at 111 Taylor Street in San Francisco and may only leave for the purposes of attorney appointments, medical appointments, verified employment and court appearances as approved by Pretrial Services.**

  B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_____          September 26, 2016
**JUDICIAL OFFICER**                                 **DATE**
JOSEPH C. SPERO,
CHIEF MAGISTRATE JUDGE